UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                  Case Nos. 06-CR-54
                                                15-C-1086

**EARL T. MORROW,**

    Movant.

## DECISION AND ORDER

    This matter comes before the Court for an initial review of Earl Morrow's motion for relief under 28 U.S.C. § 2255. The Court is unable to conclude that Morrow is not entitled to the relief that he seeks herein. Rule 4(b), Rules Governing Section 2255 Proceedings. Therefore, Morrow's brief in support of his motion is due within **sixty (60) days** of the date of this Order. The briefing schedule will then proceed according to the local rules. Civil L.R. 7.

    Dated at Milwaukee, Wisconsin, this 13th day of November, 2015.

                                                      **SO ORDERED:**

                                                      **HON. RUDOLPH T. RANDA**
                                                     **U.S. District Judge**