# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        Plaintiff,

   V.                       CASE NUMBER: **15-C-1086**
                                             **(06-Cr-54)**

**EARL MORROW**,

        Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Earl Morrow's petition pursuant to Title 28, United States Code, Section 2255, is GRANTED. Under** *Johnson v United States*, **135 S. Ct. 2551 (2015) and** *Johnson v United States*, **559 U.S. 133 (2010), Earl Morrow no longer qualifies as an Armed Career Criminal and is entitled to a new sentencing hearing.**

**This action is hereby DISMISSED.**


    **June 23, 2016**                                    **JON W. SANFILIPPO**
Date                                                      Clerk


                                                                   **s/ Linda M. Zik**
                                                                   (By) Deputy Clerk